UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMY LEDESMA, | ) | No. EDCV 08-1135-RC |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: November 23, 2009      /S/ ROSALYN M. CHAPMAN
                              ROSALYN M. CHAPMAN
                              UNITED STATES MAGISTRATE JUDGE

R&R-MDO\08-1135.jud
11/20/09